UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDDIE LAMBERT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2717** |
| **N. BURL CAIN, WARDEN** | **SECTION "E" (2)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the federal petition of Eddie Lambert for *habeas corpus* relief be and hereby is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  15th  day of October, 2013.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**